Name: Rodrick I. Satre, Bonita Satre Daley
Address: 530 Santa Fe Avenue
Richmond, CA 94801-3900
Phone: (510) 232-5059,
email: icpeacedaley@yahoo.com
Plaintiffs In Pro Per

RECEIVED
2013 MAR 22  A 11: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SATRE et al, PLAINTIFFS, vs. ARGENT MORTGAGE COMPANY, LLC, et al DEFENDANT(S). | Case No.: C12-6548-JSW ~~Proposed~~ Order EXTENSION OF TIME FOR SETTING CASE MANAGEMENT CONFERENCE FRCP RULES 6 & 16 ET SEQ. |
|---|---|

Plaintiffs timely filed a motion or request to extend time for the Case Management conference due to appellate court decisions made on a related case also before this court.

WHEREFORE;

For good cause and per FRCP Rule 16, this Case Management Conference is ~~deferred until the decision of the 9th District Court for Case 11-16099 is settled or 120 days from filing of the complaint. All other schedules are adjusted accordingly.~~ CONTINUED TO MAY 17, 2013 AT 1:30 P.M.

*J.S. White* (signature)

---

CASE No. C12-6548-JSW    Motion /Request to Extend the Time for Case Management Conference Page 5

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODRICK I. SATRE et al,

        Plaintiff,

v.

ARGENT MORTGAGE COMPANY, LLC et al,

        Defendant.

Case Number: CV12-06548 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonita Satre Daley
Rodrick I. Satre
530 Santa Fe Avenue
Richmond, CA 94801

Dated: March 27, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk