IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK I. SATRE and BONITA SATRE DALEY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARGENT MORTGAGE COMPANY, LLC, ET AL,<br><br>　　　　Defendants.<br>_____/ | No. C 12-06548 JSW<br><br>**ORDER RE OPPOSITION TO PENDING MOTIONS TO DISMISS** |

Now before the Court are the motions to dismiss filed by Defendants and set for hearing on June 21, 2013 at 9:00 a.m. The opposition to the motion was due to be filed no later than April 26, 2013. The Court has received no oppositions from Plaintiff, who is appearing in this matter *pro se*. The Court will allow an extension of time to Plaintiff to file oppositions to both pending motions to dismiss by no later than May 17, 2013. The Court admonishes Plaintiff that failure to respond timely to the pending motions to dismiss may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK I. SATRE et al,<br><br>            Plaintiff,<br><br>     v.<br><br>ARGENT MORTGAGE COMPANY,<br>LLC et al,<br><br>            Defendant.<br>_____/ | Case Number: CV12-06548 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonita Satre Daley
Rodrick I. Satre
530 Santa Fe Avenue
Richmond, CA 94801

Dated: May 8, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk